Qin Li

Concord & Sage PC

1360 Valley Vista Dr, Ste 140,

Diamond Bar, CA 91765-3964

Phone: 858-568-1696

Attorney for Plaintiff Baiting Jiang

Baiting Jiang

Baiting JIANG

PO Box 4005

Burlingame, CA 94011-4005

E-mail: tinglaw218@gmail.com

626 438 7029

Plaintiff

Lanjiao Qin

Baiting JIANG

PO Box 4005

Burlingame, CA 94011-4005

626 438 7029

Plaintiff Pro Se

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAITING JIANG, an individual; Lanjiao Qin, an Individual and Does 1 to 100, inclusive | Case No.:   3:21-CV-01293-LB |
| Plaintiff, | FIRST AMENDED COMPLAINT |
| v. | 1. DEFAMATION |
| | 2. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS. |
| NBCUNIVERSAL MEDIA LLC, a limited  : Liability Company; COMCAST CORPORATION, a corporation; NBCUNIVERSAL MEDIA INC; BRIAN L. ROBERTS, an individual; and DOES 1 TO 100, | 3. VIOLATION OF CIVIL RIGHTS. |
| | 4. CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS 42 U.S.C. § 1985[3] |
| | 5. COPYRIGHT INFRINGEMENT [re. Story owned by Plaintiffs] |
| Defendants. | 6. QUANTUM MERUIT [Money owed for reasonable value of the Story] |
| | 7. USE OF NAME AND LIKENESS [APPROPRIATION OF NAME AND LIKENESS] |
| | 8. FRAUD BY INTENTIONAL MISREPRESENTATION. |
| | 9. FRAUD BY NEGLIGENT MISREPRESENTATION. |
| | 10. Others stated in the amended complaints. |
| | AND Demand for Jury Trial |

**NOW COMES** Baiting Jiang, Lanjiao Qin, and by and through counsel, and states their Complaint

for Defamation and other cause of actions against NBCUniversal Media, LLC,Comcast Corporation,

NBCUniversal Media Inc, Brian L. Roberts, as follows:

## **INTRODUCTION**

1.      This action for defamation and other caused of actions arises out of television and online reporting by NBCUniversal Media, LLC, which published false and defamatory accusations against Plaintiff Baiting Jiang ("Jiang")

2.      National Broadcasting Company ("NBC1") is the oldest major broadcast network in the United States.

3.      NBC was founded in 1926 by Radio Corporation of America ("RCA"), which was owned at the time by General Electric.

4.      In 2003, General Electric's wholly-owned subsidiary, NBC, became NBC Universal as the result of a merger with French company Vivendi Universal.

5.      In 2011, as part of a deal through which Comcast Corporation acquired NBC Universal from General Electric and Vivendi, NBC Universal became NBCUniversal Media, LLC, Defendant in this action ("NBC").

6.      NBC is wholly owned by Comcast Corporation, a global media and technology conglomerate which is the second-largest broadcasting and cable television company in the world – its businesses include cable communications, cable networks, broadcast television, filmed entertainment, theme parks, and wireless phone service.

7.      MSNBC is a cable news network that was started by NBC in 1996, which is wholly-owned by NBCUniversal (and therefore ultimately, Comcast Corporation) as part of its NBCUniversal News Group division.

8.      MSNBC has its own website and social media accounts.

9.      NBC1 News is also wholly-owned by NBCU as part of its NBC    News Group division, and NBC1 News also has its own website and social media accounts.

10.      On its Twitter page, NBC1 News proclaims itself "[t]he leading source of global news and info for more than 75 years."

11.    NBC, through its NBC1 Owned Television Stations division, owns at least eleven (11) wholly owned and operated television stations in the United States, each of which maintains its own distinct websites and social media accounts.

12.    NBC's wholly owned and operated television stations, which are in 8 of the top 10 U.S. markets, include NBC Chicago, NBC New York, NBC Los Angeles, NBC Philadelphia, NBC Bay Area, NBC Washington, NBC Miami, NBC San Diego, NBC Boston, NBC Connecticut, and NBC Dallas Fort-Worth (collectively, the "NBC Owned and Operated Stations").

13.    In addition to the NBC Owned and Operated Stations, NBC has over 200 affiliate stations that broadcast NBC1 programming throughout the United States.

14.    NBC 's cable network, MSNBC, advertises itself as a provider of news coverage and political commentary on current events.

15.    MSNBC has cycled through a multitude of slogans highlighting its focus on news, including "The Best News on Cable," "MSNBC: The Whole Picture," "America's NewsChannel," and "NBC1 News on Cable, 24/7."

16.    MSNBC promotes itself as being "the premier destination for in-depth analysis of daily headlines through commentary and informed perspectives." *See* http://www.nbcuniversal.com/business/msnbc (last viewed Mar. 23, 2019).

17.    MSNBC has a well-known bias in favor of liberal political views and against conservative political views, publicly positioning itself as a liberal alternative to Fox News in October 2010, when it adopted the tagline "Lean Forward" to embrace its self-styled "politically progressive identity."

18.    NBC News division and MSNBC have a well-known bias against conservatives in general, Asia people, new immigrants, foreigners, and those who are vulnerable. As per the published lawsuit against NBC and other defendants, it is well-established that the Defendants adeptly use their influence for unfair competition against other parties, promote hate crimes, and contribute to fostering misunderstandings.

19.     To gain an unfair and unlawful advantage over its competitors, including Fox News and Twitter, the news medias of certain foreign countries, NBC has a deliberate and historical tendency to generate false, misleading, and biased news.

20.     It is well-known that during the Covid-19 pandemic, some individuals labeled all Asian people, particularly Chinese people, as the "Chinese virus." Hate crimes against Asian people surged in the United States, especially in the San Francisco Bay Area.

21.     Many Chinese citizens in the U.S. unable to China due to the Covid-19 pandemic. Many countries have implemented restrictions, including banning tourists, even their own citizens, from entering the country or traveling between states/provinces, as a response to the COVID-19 pandemic.

22.     On January 9, 2019, fomer President Trump publicly asserted that "NBC and MSNBC are going Crazy" and described those two networks as "the Opposition Party working with the Dems."

23.     According to its 2018 Form 10-K filing and Annual Report, Comcast's 2018 revenue was $94.507 Billion, and its net income was $11.731 Billion.

24.     According to Comcast's 2018 10-K filing, NBC reaches viewers in virtually all U.S. television households through more than 200 affiliated stations across the United States, including the 11 NBC1 Owned and Operated Stations.

25.     NBC1's Owned and Operated Stations collectively reached approximately 32 million U.S. television households as of December 31, 2018, and they represent approximately 29% of U.S. television households, according to Comcast's 2018 10-K filing.

26.     Also according to Comcast's 2018 10-K filing, MSNBC reached approximately 86 million domestic households as of December 31, 2018.

27.     On 2020, Defendants unleashed its vast corporate wealth, influence, and power against Plaintiff Baiting Jiang to falsely attack her despite the fact that at the time, she was then a student and a victim of domestic violence and sexual assault.

28.    It's noteworthy that during this period, she was a student and a victim of domestic violence and sexual assault. This targeting occurred at a time when she was grappling with an unforeseeable worldwide disaster - the Covid-19 pandemic. It's important to acknowledge that as of December 27, 2023 over 2023, 6,961,100 people have lost their lives due to the coronavirus COVID-19 outbreak.

29.    The COVID-19 was initially discovered in Wuhan, Hubei province of China, which is geographically close to the birthplace of Plaintiff Baiting Jiang—Hunan province, China. Following China's initial reporting of COVID-19, certain individuals labeled all Chinese and individuals of Chinese appearance, including Asian people, as the "Chinese virus" due to expressions of hate.

30.    Defendants attacked Jiang by relying heavily on biased and unreliable sources without conducting any reasonable investigation of the circumstances surrounding the 2018-2020.

31.    Defendants 's attacks on Jiang at least three defamatory television broadcasts, at lease over three YoutTuBe video several defamatory online articles, GoFundMe and cause over over ten other media companies/entities and numerous Facebook accounts to falsely accuse Jiang.

32.    Defendants created a false narrative by portraying the "confrontation" as a "hate crime" committed by Jiang.

33.    Over the course of its coverage, Defendants failed and refused to acknowledge that Jiang did nothing wrong and continued to perpetuate its false narrative for over last over three years following the news published on October 2020. Indeed, Defendants continued to imply – and even outright state – that Jiang was culpable for racist behavior for which she should, at the very least, apologize and be subject to legal punishment, and claim that she should not to victimize another family.

34.    Defendants continued to promote its false narrative against Jiang, that was not entitled to any credibility by responsible members of the media.

Page 7 - 11 is redacted.

******this page is redacted according to law*******

1
2      Page 7 - 11 is redacted.
3
4      ******this page is redacted according to law*******
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FIRST AMENDED COMPLAINT

Page 7 - 11 is redacted.

******this page is redacted according to law*******

Page 7 - 11 is redacted.

******this page is redacted according to law*******

Page 7 - 11 is redacted.

******this page is redacted according to law*******

**B.  Timeline of Dispute**

1.  On July 2020, Plaintiff Baiting Jiang rented a room in Property at 1704 S. Norfolk St, San Mateo, California 94403.

https://www.zillow.com/homedetails/1704-S-Norfolk-St-San-Mateo-CA-94403/15531083_zpid/,

(copied in December, 2023) ( The entire house is " Property" )

2.  The former landlord intentionally evaded reporting, assessing, or accepting sales taxes and requested payment from Plaintiff in cash, while Plaintiff insisted on paying through bank transactions. Despite Plaintiff consistently paying the rent in full and on time, the former landlords were dissatisfied with Plaintiff Baiting Jiang's preference to pay through the bank transactions as they do not want to pay the tax.

3.  Former landlord Weixia Dong had a daughter named Yang Yang who attended a school near her home. Weixia Dong requested Plaintiff to pick up her daughter after learning that Plaintiff was a college student in the U.S. and had experience teaching students in China for several years. Plaintiff Baiting Jiang declined the request, citing her busy schedule as a single lady living alone, focused on studying. Despite the former landlord acknowledging Plaintiff's positive qualities on multiple occasions, she expressed dissatisfaction with Plaintiff's refusal.

4.  Former landlords frequently created noise at around 3:00 am, significantly disrupting Plaintiff's schedule. She requested the former landlords, both verbally and in writing, to consider the impact on others.

5.  The former landlords engaged in construction activities day and night, from Monday to Sunday, within the Property. When Plaintiff Baiting Jiang inspected the Property before moving in, the former landlords concealed the fact that they would undertake construction after her occupancy. This significantly impacted Plaintiff's ability to enjoy the room she had rented and harmed her health.

6.  After Jiang moved in the Property, the former landlords informed Plaintiff that the Property was in disrepair before she moved in and needed extensive repairs. This included but was not limited to issues with the house foundation, electrical wiring, roof, and walls, which would cost tens of thousands of dollars. However, they did not proceed with the repairs, citing financial constraints.

7.  When plaintiff presented the victim relocation form to the former landlords Yushun Yang, Weixia Dong, and Rajakumar Sobers to verify the information required for government assistance, the former landlords denied her reasonable request.

8.  On November 19, 2019, former landlord Weixia Dong texted Jiang, stating that she is a good girl. Weixia Dong wanted Jiang to move out before the rent agreement expired after they knew Jiang's victim status; otherwise, Yushun Yang and Weixia Dong threatened to use a knife to kill her. However, the former landlord accepted Jiang's rent payment later in November and December 2019. Nevertheless, the former landlords refused to return the deposit if she moved out.

9.  As fomerlandlord neither verify victim relocation form nor return the deposite if she move out, Jiang had to stay there before the rental agreement expeired and continue pay the rent.

10.  Due to the cold weather in winter, Jiang needed a warm environment. However. her rented room lacked a heater, ventilation, smoke detector, fire extinguisher, fire detection system, laundry facilities, and a kitchen. Additionally, the room had very strong odors, as it was illegally constructed by people without license and without city permits. Jiang was unaware of these issues at the time of moving in. Moreover, the entire property was under construction by unlicensed individuals day and night, even

on weekends, after Jiang had already moved in. Jiang's health deteriorated, and her friends, upon

visiting, discovered these problems. They communicated with the former landlords and offered to

contribute money to address the issues, but the landlords refused. Due to the unsafe living

environment and chemical concerns, Jiang was hospitalized for several days. For safety and health,

Jiang's friend assisted her in filing a complaint with the City of San Mateo on December 30, 2019.

( Please see Jiang 03/20/2023 filed document **ECF 75**, Page 15 of 127)

11.  Plaintiff filed a complaint with the City of San Mateo regarding the violations committed by the

former landlords. Subsequently, the government took action against the former landlords. On

02/21/2020, City of San Mateo issues the WARNING LETTER TO ABATE A PUBLIC

NUISANCE, it is stated that formerlandlords' illegal actions including but not limited to unapproved

work was observed inside the attached garage with completed construction. The observations include

a completed bathroom, pluming and and electric electrical alterations without a permit or approval.

Jiang was informed that her rented room had been converted from a garage. Jiang knew that her

former landlords lived in the master bedroom and several other rooms in the main structure of the

property, which she was not allowed to access. (Please see Jiang 03/20/2023 filed document **ECF 75**,

Page 12-14 of 127)

12.  Before Covid-19, the former landlord sought to illegally evict the Plaintiff Baiting Jiang despite

her timely and full payment of rent. Former landlord filed eviction on January 10, 2020.

13.  On January 30, 2020, former landlord threaten Jiang that she was going to die. ( Please see Jiang

03/20/2023 filed document **ECF 75**, Page 26 of 127)

14.  On March 12, 2020, the Superior Court of San Mateo entered a judgment stating that the former

landlords cannot evict the plaintiff.

15.  On April 18, 2020, former landlord Weixia Dong hit Plaintiff Baiting Jiang, and as a result,

Plaintiff Baiting Jiang filed a restraining order, which was granted by the court, it is valid for three

years.( Please see Jiang 03/20/2023 filed document **ECF 75**, Page 22-25 of 127)

16.  On July 15, 2020, former homeowners, including Hongyu Yang, Yushun Yang, Weixia Dong, Rajakumar Sobers, Yang Yang, around seven people forcibly entering Jiang's rented room without her consent, cutting off her rented room's water, and removing the sink, toilet, and shower. At that time, Jiang had a valid restriaing order against Weixia Dong. (Please see Jiang 03/20/2023 filed document **ECF 75**, Page 29-31 of 127)

17.  On July 21, 2020 and many other times, Hongyu Yang and other homeowners notify Plaintiff Baiting Jiang in writen that all occupants must vacate the Property at 1704 S. Norfolk St, San Mateo, California 94403, at that time, all fomerlandlords and their families were living in the Property, they never move out the Property. ( Please see Jiang filed documents, **ECF 75**, 03/20/2023, page 63 of 127), in ABATEMENT START WORK NOTICE TO TENANT, Hongyu Yang threaten Jiang to moved out on July 24, 2020, all the occupants must vacat, any items that are left in the room after 12:00 pm on July 23, 2020 will be considered as trash and will be saved for a period of 15 days.

18.  On October 2020, Defendants prominently featured Jiang's news on the front page of their official website, TV stations, YouTube, and the social media platforms of their news reporters, etc.

**19.**  On October 2020, Plaintiff Baiting Jiang moved out of the Property at 1704 S. Norfolk St, San Mateo, California 94403.

In sum, the actual facts, as alleged and presented by Jiang, were that she was renting a room from a landlord in San Mateo, California, she properly paid rent, reported certain code violations and in retaliation became the subject of a wrongful eviction.

However, Jiang, who prevailed in the eviction suit, including because such evictions were suspended after COVID-19.

In general terms, the underlying complaint alleged that the defendant made false statements about Jiang, including that she had caused her former landlord to lose her home, forced her landlord's son to sleep in a car, and demanded that she live in the room for free and forever.

Further, the complaint alleged that defendants falsely reported that Jiang had run water in the rented room intentionally to damage the home, pointed a sharp object at her landlord's children, and demanded the payment of large sums of money.

Plaintiffs asserted below that defendant knew these reports were wrong and deliberately avoided learning the true facts.

Plaintiffs Baiting Jiang also asserted in the action below that the defendants' broadcasts and communications did not only cover the lawsuit between her and her landlord. Among other things, Plaintiffs Baiting Jian asserted, defendants gratuitously reported about a restraining order she had obtained against a criminal case defendant, falsely stating that she had filed five restraining orders against five persons, and that such cases were dismissed. Defendants reported in their initial and subsequent versions of publications that she never appeared in court. Plaintiff Baiting Jiang cannot submit the initial version of all the Defendants' news at this time. She plans to do so after obtaining, or during the discovery process, both before and after the Defendants file the Anti-SLAPP Motion. Furthermore, and inconsistent with the prior eviction process, defendants' communications about plaintiff Baiting Jiang "forcing her landlord and her family out of their home" were wrong and falsely reported. In fact, defendants made up the story in this regard. Plaintiff Baiting Jiang further asserted that the broadcaster hid certain facts from the public in its communications and refused to release such information to the public.

Defendants' defamation was designed "to attack a vulnerable Asian lady. The complaint in question involved claims that were not subject to the anti-SLAPP statute because the supposed news report went beyond the matters under consideration in the prior legal cases and the private landlord-tenant dispute was not a matter of "public interest" in any event.

Moreover, if the gravamen of the claim involves private parties and is not itself part of an ongoing public debate then the Court will not entertain a motion under this section. *See FilmOn, Inc. v. DoubleVerify Inc.,* 7 Cal.5th 133, 150 (2019) (statute does not apply to one company disparaging another even though general subject area of public interest); *Woodhill Ventures, LLC v. Yang,* 68

Cal.App.5th 624, 631-632 (2021) (social media postings even if by celebrity about private dispute with bakery not contributing to public debate); *Jeppson v. Ley,* 44 Cal.App.5th 845, 851-853 (2020) (statute does not apply to postings about private neighborhood dispute about pets and other private matters).

The challenged news report as promoting Asian hate crimes and causing Asian people, especially Asian woman more likely be discriminated and attacked by others.

**Federal Questions**

1.This case arose as a result of Violation of Constitutional Rights, a Conspiracy Against Civil Rights, Copyright Infringement on Plaintiff's Story, Fraud by falsifying and changing Plaintiff's story, for Libel based on the intentional falsification and editing of Plaintiff's story, and upon any other such relief that is available per the causes of action stated herein.

2. As a direct and proximate result of the misconduct of the Defendants individually and collectively described herein, Plaintiff suffered economic and non-economic damages in an amount to be fully determined in a trial by jury.

3. Plaintiff is seeking compensatory and punitive damages against each of the Defendants named in the instant matter individually and collectively in an amount to be determined in a trial by jury as well as any and all other Relief deemed necessary and applicable.

4. In addition, the plaintiff intends to incorporate other reasons as previously stated in the efiled amended complaint and its supporting evidence.

**JURISDICTION AND VENUE**

4.  This Court has jurisdiction over the Defendants who regularly transact within the instant district and venue is proper in this Court pursuant to a Federal Question being at issue as to the Causes for:

17

FIRST AMENDED COMPLAINT

Violation of Civil Rights, Conspiracy Against Civil Rights, Copyright Infringement, Right of Publicity, Right of House, Right of Education etc.

Even if Federal Question is not enough for the ground of the Federal jurisdiction, Plaintiff Baiting Jiang is a citizen of China whose domicile is in that country, hence supporting subject matter jurisdiction under 28 U.S.C. § 1332(a)(2).

And upon the Grounds of Diversity etc. as well, being that several of the Defendants are domiciled in other states outside of California.

In addition, the plaintiff intends to incorporate other reasons as previously stated in the efiled amended complaint and its supporting evidence.

### PARTIES

6.   PLAINTIFF - Baiting Jiang, is an individual over the age of 18 and at all relevant times mentioned herein and currently, is a female person of Chinese Ethnicity within a protected class. This is an action with damages in excess of $75,000. Plaintiff Lanjiao Qin is Plaintiff Baiting Jiang's mother.

7. Plaintiffs is informed and believes and thereon alleges that Defendant NBC Universal Media, L.L.C. is and at all relevant times mentioned herein, was a limited liability company registered in Delaware and is the owner and operator of KNTV Television, L.L.C. in that state.

**NBCUNIVERSIAL MEDIA, LLC**
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112
**Agent for Service of Process: C T CORPORATION SYSTEM**
                    330 N BRAND BLVD STE # 700, GLENDALE, CA 91203
**The Following parties were previously sued as fictitious names, DOES 3 TO 10**

**Plaintiff has discovered defendants true identities, which are as follows:**

**COMCAST CORPORATION**
Agent for Service of Process is: CT Corporation in Glendale, CA

**BRIAN L. ROBERTS** [CEO of Comcast Corporation, Parent Company of NBC Universal]
1701 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19103

NBCUNIVERSAL MEDIA INC;

8. The individuals who are officers for the business entities, own at least 30% of the stock

For each entity, acted and participated in the acts alleged herein, and are the ALTER EGO

of the business entities sued herein.

Except as hereinafter specifically described, Plaintiffs are informed and believes and thereon alleges

that at all times mentioned herein each Defendant was the agent, representative, employee, servant, or

affiliated entity of the other Defendant and, in doing the acts herein alleged, each Defendants are

liable and responsible to the Plaintiff for the acts of the other Defendant.

In addition, the plaintiffs intends to incorporate other reasons as previously stated in the efiled

amended complaint and its supporting evidence.

## STATEMENT OF FACTS

9.   The underlying story which Plaintiffs holds copyrights by the owner of intellectual property

Involves a story of a prior living condition when Plaintiff Jiang was renting a bedroom within

a house in San Mateo County during the course of 2020.

### A.  The Intellectual Property At Issue – "The Story"

10. On or about 2020, Plaintiff met with news reporter Candice Nguyen of

Comcast Corporation also known as NBCUniversal, the NBC entities for the purpose of

sharing an incident.

Before Plaintiff met with news reporter Candice Nguyen of Comcast Corporation, also known as

NBCUniversal, Defendants had already published two news videos on their website and by other

ways without Plaintiff's authorization.

19. Prior to meeting with NBC Universal/Comcast Defendants, Plaintiff had offered

to sell her story while on the telephone. Defendants later agreed to meet, and the parties

had an interview. Plaintiff intended to sell her story, but Defendants never paid the money.

which Defendants offered.

During the course of storytelling, the plaintiff explicitly conveyed to Candice that the story is her

intellectual property, and she possesses the rights to it. The plaintiff outlined specific conditions for

publication, stating that defendants must seek written permission to publish her story. Additionally,

the plaintiff required that defendants send the story for her approval before publication, subject to

other specified conditions and requirements. However, the defendants failed to fulfill these

obligations.

20. During the course of the interview, Defendant Candice Nguyen failed to disclose that

she was filming the interview, and further failed to disclose to plaintiff that she intended to

publish the story without making the payment to plaintiff and meet other specified conditions and

requirements.

21. Thereafter, Defendants Candice Nguyen and the other named defendants and DOES

Acted, participated and conspired in editing the story into a false story, and published

the story on Television, on YouTube and on Social Media networks etc. without Plaintiff's

written consent, and illegally APPROPRIATED PLAINTIFF'S NAME AND LIKENESS

without making the promised payment and meet specified conditions and requirements.

22. The edits of the story by defendant were false.

23. At the time that Defendants made the edits, defendants new the edited statements to be

false.

24. The edited statements resulted in harm to Plaintiff because Plaintiff attempted to

seek new employment after the false publishing, but the dissemination of the falsity caused

by defendants had damaged Plaintiff's reputation, putting Plaintiff in a false light, and prevented

plaintiff from securing many jobs which she sought.

Furthermore, the video in the news name as **Family Reclaims Home After Being Forced Out**

**By Renter, they say** ( The first version of the news should be obtained through the discovery process,

as the Defendants deleted and edited the initial version of the news), regarding Plaintiff Baiting

Jiang's move from the property at 1704 S. Norfolk St, San Mateo, California 94403, the video

documenting this event is owned by the Plaintiffs. The Plaintiffs have never authorized anyone to

provide this video to the Defendants, and Plaintiff Baiting Jiang has not provided it to the Defendants

either. However, the Defendants used the video news without authorization and without notifying the

Plaintiffs that they would use it. The video was taken in Plaintiff's private room, and the Plaintiffs

own the copyright for it.

Additionally, Plaintiffs hold the copyright for the photos, names, voices, signatures, photographs, and

images, as well as likenesses or other identifying aspects of identity, pertaining to Plaintiff in the

news under the following name **Homeowner Rents Out Room During COVID, Now She Might**

**Lose Her House (**The first version of the news should be obtained through the discovery process, as

the Defendants deleted and edited the initial version of the news) and **Family Reclaims Home After**

**Being Forced Out By Renter (**The first version of the news should be obtained through the

discovery process, as the Defendants deleted and edited the initial version of the news)

However, the Defendants published Plaintiff Baiting Jiang's private photos, taken before the dispute

occurred between her and the homeowners. They edited and published these photos, thereby violating

Plaintiffs' copyright. Moreover, all other photos, names, voices, signatures, photographs, and images,

as well as likenesses or other identifying aspects of Plaintiff's identity in the news, were published without the Plaintiffs' authorization.

In addition, the plaintiff intends to incorporate other reasons as previously stated in the efiled amended complaint and its supporting evidence.

**B.  Background As To "The Story" Prior To NBC Editing It**

25. The property owner who built the illegal units and her former property owner was investigated by San Mateo Code Enforcement for violation of the law, Baiting Jiang paid the rent fully and timely. In March 2020, Superior Court of San Mateo entered a valid judgment in Plaintff's Baiting Jiang's favor that states that Baiting Jiang's former property owner cannot evict Baiting Jiang; this valid judgment in a related Unlawful Detainer Proceeding as to "The Intellectual Property" STORY has never been vacated. Furthermore, the defendants were well aware that Plaintiff's property owner could not legally evict her under San Mateo city, state, and national laws, even without covid -19 pandemic and this eviction case and its dispute was happened before the Coind-19 pandemic. Despite this knowledge, and in direct violation of the plaintiff's explicit conditions, the defendants intentionally published false information. Instead of adhering to the agreed-upon terms, they opted to disseminate inaccurate details with the aim of harming Plaintiff Baiting Jiang, targeting her character, career, victim status, nationality, and even her mother Plaintiff Lanjiao Qin.

26.    During the COVID-19 pandemic, the Superior Court of San Mateo adopted an emergency court ruling that effectively stopped all evictions; however, the former property owner and her family members (including but not limited to her husband and adult son) and her agents harassed, physically hit, and retaliated against Baiting Jiang in order to forcibly cause her eviction by violence without the lawful authority of the Court before and during the COVID-19 pandemic. Despite this knowledge,

and in direct violation of the plaintiff's explicit conditions, the defendants intentionally published false information.

27.    Former property owner and her agents, around seven (7) people in total, forcibly turned off the water in Baiting Jiang's room, removed the toilet, sink, and shower in July, 2020, when she attended the Court hearing about her former property owner's eviction case; and they never turned on the water in her room or returned the toilet or sink or shower. Despite this knowledge, and in direct violation of the plaintiff's explicit conditions, the defendants intentionally published false information.

28. On and about October 2020 , Novermber 2022 to now, Defendants' news organization by and through its subsidiaries published:

**Homeowner Rents Out Room During COVID, Now She Might Lose Her House**

**https://www.nbcbayarea.com/investigations/homeowner-rents-out-room-during-covid-now-she-might-lose-her-house/2379151/**

(The first version of the news should be obtained through the discovery process, as the Defendants deleted and edited the initial version of the news. Plaintiffs are suing Defendants based on their first and subsequently edited versions. However, Plaintiffs are currently unable to submit the first version of the news at the time of filing. Instead, they have provided the later edited version to apprise the court of the foundational subject matter to which the Plaintiff refers)

Thereafter " **News 1**"

**Family Reclaims Home After Being Forced Out By Renter, they say**

**https://www.nbcbayarea.com/investigations/family-reclaims-home-after-being-forced-out-by-renter-they-say/2379796/**

(The first version of the news should be obtained through the discovery process, as the Defendants deleted and edited the initial version of the news. Plaintiffs are suing Defendants based on their first and subsequently edited versions. However, Plaintiffs are currently unable to submit the first version

of the news at the time of filing. Instead, they have provided the later edited version to apprise the court of the foundational subject matter to which the Plaintiff refers)

Thereafter " **News 2**"

**Renter Accused of Using Pandemic to Live Rent-Free Responds**

https://www.nbcbayarea.com/news/local/renter-accused-of-using-pandemic-to-live-rent-free-responds/2386800/

(The first version of the news should be obtained through the discovery process, as the Defendants deleted and edited the initial version of the news. Plaintiffs are suing Defendants based on their first and subsequently edited versions. However, Plaintiffs are currently unable to submit the first version of the news at the time of filing. Instead, they have provided the later edited version to apprise the court of the foundational subject matter to which the Plaintiff refers)

Thereafter " **News 3**"
and related news reports on NBC Bay Area's office website, it's news reporter Candice Nguyen's social medias (including but not limited to Facebook, Twitter, Youtube, and other medias. (Note: the original news was edited by the defendants for many times, and the original news link on the website may be changed. )

Defendants published news about Plaintiffs on YouTube

*https://www.youtube.com/watch?v=HaLUx9NI8Xc*

*https://www.youtube.com/watch?v=rJP5GNf-6NA&t=54s*

*https://www.youtube.com/watch?v=iIjMO7fmK80&t=62s*

The first version of above news should be obtained through the discovery process, as the Defendants deleted and edited the initial version of the news. Plaintiffs are suing Defendants based on their first and subsequently edited versions. However, Plaintiffs are currently unable to submit the first version of the news at the time of filing. Instead, they

have provided the later edited version to apprise the court of the foundational subject matter to which the Plaintiff refers

Defendants published news about Plaintiffs on GoFundMe, and the GoFundMe was linked to their official websites.

https://www.gofundme.com/f/homeowner-rents-out-room-during-covid19

The first version of above news should be obtained through the discovery process, as the Defendants deleted and edited the initial version of the news. Plaintiffs are suing Defendants based on their first and subsequently edited versions. However, Plaintiffs are currently unable to submit the first version of the news at the time of filing. Instead, they have provided the later edited version to apprise the court of the foundational subject matter to which the Plaintiff refers

The reports were full of wrong and misleading information which defamed the Plaintiff's reputation worldwide. Virtually every aspect of the news coverage, from names and statements to photos and videos, is inaccurately portrayed, misleading, and biased. This includes, but is not limited to, Alex Yang (true name: Hongyu Yang). The selection of time and place for reporting, as well as the deliberate choice of tone and body language by news reporters and story tellers, has been carefully orchestrated to maliciously defame the plaintiff and cause harm. It is important to note that the plaintiffs are private individuals, and the case in question is a private legal dispute, akin to any normal dispute between private parties and the dispute was happened before the Covid-19 pandemic. Despite Plaintiff Baiting Jiang consistently paying the rent in full and on time, amounting to $1350 per month for a room in San Mateo, 1704 S. Norfolk St, San Mateo, California 94403, the rental

arrangement includes restrictions. She is not permitted to cook, do laundry, or access any part of the main house. Additionally, her living space is designed with an independent entrance, which is not the mail room according to the city of San Mateo, which is differently with the Defendants' false reports, claim that it is a main room.

The false news reports gave the public the wrong timeline of the dispute related to Defendant Baiting Jiang and her former property owners.

C.  **The Defamatory News And Defendants' Wrongdoing**

The Defamatory News And Defendants' Wrongdoing Are Analyzed As Follows:

**<u>The Wrong Information Includes But Not Limited To:</u>**

( **Exhibit B** is included in this section)

Please include the Exhibit filed on December 26, 2023, **ECF 127**, in this section. Plaintiffs are designating it as **Exhibit B-1** of this Amended Complaint.

Please include the Exhibit filed on November 21, 23, **ECF 110**, in this section. Plaintiffs are designating it as **Exhibit B-2** of this Amended Complaint.

Please include the Exhibit filed on March 20, 23, **ECF 75**, in this section. Plaintiffs are designating it as **Exhibit B-3**. Most of the documents in ECF 75 were submitted to Defendants to request correction in 2020, and Jiang attached additional evidence to Defendants as well.

For additional evidence in this section, Plaintiff will attach it as **Exhibit B-4**.


(1) The news portrayed that the former landlord is a single mother with her son, in essence, she lived with four men, her adult son Hongyu Yang, her husband Yushun Yang, and another is a non-Chinese man, Rajakumar Sobers, he is the co-onwer of the house with Hongyu Yang, YushunYang, Weixia Dong and Yang Yang. Plaintiff have met them before, they often make a lot of noise around 3a.m., Plaintiff was so bothered that Plaintiff sent them an email asking them to stop and consider others' feelings.

<u>26</u>
FIRST AMENDED COMPLAINT

(2) Second inaccuracy in the news: The portrayal of the rental of "Master Bedroom" is incorrect. Plaintiff rented a room that was illegally modified, and it is not a part of the main structure of the house. Plaintiff and her former landlords have separate entrances, so it is impossible to achieve the "Baiting Jiang forced their whole family out" dramatic effect falsely claimed by the NBCUniversal Media LLC. The address of the leased property is 1704 S. Norfolk St, San Mateo, California 94403. If internet users have the address, they can search and find the layout of the house. However, Defendants intentionally conceals both the address and the house layout. Defendants intentionally conceals the overall layout of the house to deceive and mislead the audience. The misrepresentation suggests that Plaintiff rented the master bedroom to highlight the vulnerability of the landlord. However, the small room Plaintiff rented costs $1350 per month, does not allow cooking, has no laundry facilities, and the previous landlord prohibited Plaintiff from entering the main structure of the house.

(3) In order to forced Plaintiff to leave, the landlord break the law by framing Plaintiff for destroying their entire house. Then, on the pretext that the whole house needs to be repaired, landlords sent a letter asking everyone including the landlords' own family to move out for "repair". Plaintiff's legal aid lawyer said that the repairs is an excuse, their real purpose is do illegal eviction. Once they cheated me out, they won't let Plaintiff back after the repairs. So with the suggestion of Plaintiff's legal aid lawyer, Plaintiff tried to negotiate with them to dismiss the eviction case, to reach a reconciliation so Plaintiff won't have an eviction record and bring trouble in finding new apartment. But they didn't compromise with Plaintiff suggestion and pretended to move out. Since Plaintiff didn't move out following with them, they alleged that it is Plaintiff who forced them to move out in order to deceive people.

(4) In order to deceive people, the landlords together with Defendants set up a GoFundMe donation, lying that Plaintiff held a murder weapon pointing to landlord's children and wanted to kill the child. In fact, they faked and photoshopped the photo. After Plaintiff filed a restraining order against them, they stopped the GoFundMe donation because the fact was false, and they were

afraid of making a big trouble out of it. Defendants also removed the landlord's GoFundMe from their website, fearing that people would find the bug and the truth.

(5)The leaked room in the video is not Plaintiff's room. This is the point that many people misunderstand and feel great angry about. However, the video of water leak and the woman sweeping water on the floor were not taken in Plaintiff's room at all. The former landlord also refused to show all the photos and scenes that could prove me damaging the house and leaking water because they were fabricated. (In the evidence shared by the Plaintiff on the Dropbox link with the Court, there are pictures of Plaintiff's room and the room claimed to be Plaintiff's room, which were taken by the Defendants. Additionally, there are comparable pictures of the actual structures.)

(6)    Former landlord filed a lawsuit and there will be an eviction record of Plaintiff unless former landlord dismisses the case or Plaintiff win the case, or the eviction record may impede Plaintiff's future renting and other matters. So, Plaintiff requested the landlord to dismiss the case so that Plaintiff will move out, and they denied. What's else, they deliberately accused the tenant of prostitution in the eviction complaint. Plaintiff believe that such an eviction record would be unacceptable to any normal woman.

The defendants are fully aware of the aforementioned facts, as they have access to public records from the courts and information from attorneys at the Code Enforcement of the City of San Mateo. Furthermore, the plaintiff has provided evidence in the form of photos, videos, and voice recordings to the defendants and requested defendants to contact with code enforcement of San Mateo, they refused. Despite the invitation from Plaintiff to Defendant Candice Minh-Chi Nguyen, asked Defendants to visit her living conditions, including a broken room resulting from her landlords, along with others, cutting off her room's water supply and removing essential amenities such as the sink, toilet, and shower, the defendants refused to inspect the premises and chose to publish a story in the wrong way, building up the wrong foundation of the story. Despite this knowledge, and in direct

violation of the plaintiff's explicit conditions, the defendants intentionally published false information, with maliciously and/ or negligently, to harm Plaintiffs, private parties.

(7) Defendants are aware that her landlords are engaging in an illegal eviction due to her victim status. Despite plaintiff proposing the completion of a victim relocation form to verify her living situation, the landlords refused to cooperate. Notwithstanding the plaintiff's consistent and timely payment of rent, the landlords initiated the eviction process. Defendants, in publishing inaccurate stories, deliberately omitted this crucial information to the public. Instead, they conspired with the landlords and landlord organizations to falsely label the plaintiff as someone involved in prostitution. Additionally, the term "different lifestyle" in the news corresponds to the language used in the eviction complaint filed by the former homeowners' attorney, where it is erroneously associated with "prostitution". This misrepresentation is misleading, as the Plaintiff is a college teacher and a licensed attorney in China. She has taught students and worked with a law firm in the US, which contradicts the insinuation of involvement in prostitution. In fact, she donated the money to the victim of flood and victim of domestic voice. This baseless accusation was included in the homeowners' eviction complaint, and they, along with homeowner organizations, actively disseminated this misinformation to corroborate the inaccurate news statements published by the defendants.

Finally, the term "different lifestyle" used in the news aligns with the accusation of "prostitution" in the eviction complaint filed by the former homeowners' attorney. Members of the audience, through various channels such as WeChat, in-person interactions, and other means, have conveyed to the

plaintiffs that the term "different lifestyle" is being interpreted as synonymous with prostitution—a claim made by the defendants but is entirely unfounded and inaccurate. Despite this knowledge, and in direct violation of the plaintiff's explicit conditions, the defendants intentionally published false information, with maliciously and/ or negligently, to harm Plaintiffs, private parties.

(8)  Before publishing any news articles and prior to interviewing the plaintiff, the defendants conducted interviews with Plaintiff Baiting Jiang's former landlords in Mountain View, California, and Fremont, California. However, they deliberately chose not to disclose the fact that Plaintiff Baiting Jiang has a positive rental history and is considered a good tenant. Despite this knowledge, and in direct violation of the plaintiff's explicit conditions, the defendants intentionally published false information, with maliciously and/ or negligently, to harm Plaintiffs, private parties.

(9)  On July 21st, 2020, and on many other occasions, Hongyu Yang and other homeowners provided written notice to Plaintiff Baiting Jiang that all occupants,including the home owners must vacate the Property at 1704 S. Norfolk St, San Mateo, California 94403. During this notice period, all landlords, owners, their families, and other individuals were still residing in the property. Defendants were aware of this, as were the homeowners and their attorney, as well as the Legal Aid Society of San Mateo County.Plaintiff Baiting Jiang moved out in October 2020. Defendants reported falsely that Plaintiff had already forced them out before July 2020.

(10)  On July 21st, 2020, and on many other occasions, Hongyu Yang and other homeowners provided written notice to Plaintiff Baiting Jiang that all occupants, including the home owners must vacate the Property at 1704 S. Norfolk St, San Mateo, California 94403. During this notice period, all landlords, owners, their families, and other individuals were still residing in the property. Defendants were aware of this, as were the homeowners and their attorney, as well as the Legal Aid Society of San Mateo County. Plaintiff Baiting Jiang moved out in October 2020. Defendants reported falsely that Plaintiff had already forced them out before July 2020. Defendants reported falsely that Plaintiff had already forced them out around one year.

This news was misleading, causing a misperception among almost all audiences, other news media, and social media, and almost all on social media, believed that Plaintiff forced her former landlords to move out of the property over the span of one year.

(11)  On July 21st, 2020, and on many other occasions, Hongyu Yang and other homeowners provided written notice to Plaintiff Baiting Jiang that all occupants, including the home owners must vacate the Property at 1704 S. Norfolk St, San Mateo, California 94403. During this notice period, all landlords, owners, their families, and other individuals were still residing in the property. Defendants were aware of this, as were the homeowners and their attorney, as well as the Legal Aid Society of San Mateo County, Plaintiff Baiting Jiang moved out in October 2020. On **News 2**, Defendants maliciously depicted Hongyu Yang (internet name: Alex Yang) standing on the road in front of the Property at 1704 S. Norfolk St, San Mateo, California 94403. He said, "The first time, for half a year, I parked here," contributing to the misleading impression that almost all audiences believed Plaintiff forced her former landlords to move out of the property over the span of at least six months.

(12)  On July 21st, 2020, and on many other occasions, Hongyu Yang and other homeowners provided written notice to Plaintiff Baiting Jiang that all occupants, including the home owners must vacate the Property at 1704 S. Norfolk St, San Mateo, California 94403. During this notice period, all landlords, owners, their families, and other individuals were still residing in the property. Defendants were aware of this, as were the homeowners and their attorney, as well as the Legal Aid Society of San Mateo County. Plaintiff Baiting Jiang moved out in October 2020. Defendants reported falsely that Plaintiff force landlord Weixia Dong and her family out, disregarding the fact that Plaintiff's homeowners forced her out.

(13)  On July 21st, 2020, and on many other occasions, Hongyu Yang and other homeowners provided written notice to Plaintiff Baiting Jiang that all occupants, including the home owners must vacate the Property at 1704 S. Norfolk St, San Mateo, California 94403. During this notice period, all landlords, owners, their families, and other individuals were still residing in the Property. Defendants were aware of this, as were the homeowners and their attorney, as well as the Legal Aid Society of

San Mateo County, Plaintiff Baiting Jiang moved out in October 2020. On News 2, Defendants maliciously depicted Hongyu Yang (internet name: Alex Yang) standing on the road in front of the Property at 1704 S. Norfolk St, San Mateo, California 94403. He said, "The first time, for half a year, I parked here," contributing to the misleading impression that almost all audiences believed Plaintiff forced her former landlords to move out of the property over the span of at least six months. Even other media believe that Yang's family were forced out of home over one year because of the defendant's news and wrongdoing.

(14)  On July 21st, 2020, and on many other occasions, Hongyu Yang and other homeowners provided written notice to Plaintiff Baiting Jiang that all occupants,including the home owners must vacate the Property at 1704 S. Norfolk St, San Mateo, California 94403. During this notice period, all landlords, owners, their families, and other individuals were still residing in the property. Defendants were aware of this, as were the homeowners and their attorney, as well as the Legal Aid Society of San Mateo County. Plaintiff Baiting Jiang moved out in October 2020. Defendants reported falsely that Plaintiff force landlord Weixia Dong and her family out, disregard the fact that Plaintiff's homeowners force her out.

(15)  On July 21st, 2020, and on many other occasions, Hongyu Yang and other homeowners provided written notice to Plaintiff Baiting Jiang that all occupants,including the home owners must vacate the Property at 1704 S. Norfolk St, San Mateo, California 94403. During this notice period, all landlords, owners, their families, and other individuals were still residing in the property. Defendants were aware of this, as were the homeowners and their attorney, as well as the Legal Aid Society of San Mateo County. Plaintiff Baiting Jiang moved out in October 2020. However, Defendants reported falsely that Plaintiff forced landlord Weixia Dong and her family out. Importantly, Defendants intentionally concealed the fact that Plaintiff's former landlords forced her out by issuing a written notice to vacate the property by July 24, 2023, at 8 am. This written information, including the notice dated July 21, 2020, is accessible to Defendants, and they have the capability to verify this information at any time. However, Defendants knowingly neglected this fact and maliciously misled

the audiences. Furthermore, after Plaintiff notified the above fact to Defendants and provided the July 21, 2020, writing notice, named as "ABATEMENT START WORK NOTICE TO TENANT," to Defendants, they ignored it and refused to make corrections later on.

(16)  On **News 2**, Defendants maliciously depicted Hongyu Yang (internet name: Alex Yang) standing on the road in front of the Property at 1704 S. Norfolk St, San Mateo, California 94403. He said, "The first time, for half a year, I parked here," contributing to the misleading impression that almost all audiences believed Plaintiff forced her former landlords to move out of the property over the span of at least six months. At the same time, even if Plaintiff had forced her former landlord Weixia Dong and her family out (an accusation that is entirely wrong), the timeframe from July 2020 to October 2023 would make the alleged "force out time" less than three months. Furthermore, Defendants not only ignored the July 21, 2020, writing notice, named "ABATEMENT START WORK NOTICE TO TENANT," but also failed to allow Plaintiff to respond to it in **News 3**'s interview.

(17)  On **News 2**, Defendants maliciously depicted Hongyu Yang (internet name: Alex Yang) standing on the road in front of the Property at 1704 S. Norfolk St, San Mateo, California 94403. He said, "The first time, for half a year, I parked here," contributing to the misleading impression that almost all audiences believed Plaintiff forced her former landlords to move out of the property over the span of at least six months. At the same time, even if Plaintiff had forced her former landlord Weixia Dong and her family out (an accusation that is entirely wrong), the timeframe from July 2020 to October 2023 would make the alleged "force out time" less than three months. Furthermore, Defendants not only ignored the July 21, 2020, writing notice, named "ABATEMENT START WORK NOTICE TO TENANT," but also failed to allow Plaintiff to respond to it in **News 3**'s interview. Consider this fact and the mistakes listed from (1) -(16), Defendants' News

**<u>Homeowner Rents Out Room During COVID, Now She Might Lose Her House</u>**

**<u>Family Reclaims Home After Being Forced Out By Renter, they say</u>**

**<u>Renter Accused of Using Pandemic to Live Rent-Free Responds</u>**

The news is completely incorrect, misleading, and biased. Especially, Defendants' News1 title, which used the phrase "lost house," is incorrect as there is no basis for claiming that Plaintiff caused them to lose the house. The house remains under the control of the homeowners. Secondly, Defendants were aware that Plaintiff would move out and was in negotiation with the homeowners' attorney for the transition. Thirdly, Defendants knew about serious quality issues with the house that the landlords needed to repair before Plaintiff rented the room, and they possess voice recordings of the landlords acknowledging these issues. Additionally, the phrase "Reclaim home" implies that the homeowners had lost the home, which is not accurate since the former landlords forced Plaintiff out of the home - a room but still live and control the whole house. Defendants confirmed the homeowners' occupancy of the house during phone calls with Plaintiff. It is not possible for the former landlords to have lost the home when they have a valid restraining order against Plaintiff to prevent any contact. Finally, despite being aware of the physical assault on Plaintiff captured under video surveillance, and the illegal eviction by the landlords, Defendants persist in using a negative news title in News 3, "**Renter Accused of Using Pandemic to Live Rent-Free Responds**" to attack Plaintiff.

The first version of Defendants news should be obtained through the discovery process, as the Defendants deleted and edited the initial version of the news. Plaintiffs are suing Defendants based on their first and subsequently edited versions. However, Plaintiffs are currently unable to submit the first version of the news at the time of filing. Instead, they have provided the later edited version to apprise the court of the foundational subject matter to which the Plaintiff refers. Additionally, analyzed the Defendants' mistakes as follows:

(18)  In filed 11/21/23, **ECF 110**, page 6 of 40, the photo and video, it only shows the front photos of the property, aiming to mislead the audience that the Plaintiff rented the main room of the house. This is done to support the false narrative that the Plaintiff is using her legal career as a weapon to abuse the law, causing harm to the entire family and potentially any future families. The portrayal of renting the "main room" out implies that Weixia Dong is poor and helpless.

(19)  In filed 11/21/23, **ECF 110**, page 6 of 40, the photo and video, it only shows the front photos of the property, aiming to mislead the audience into believing that Jiang forced the former landlords to move out of their home. In reality, there are plenty of other rooms and independent entrances for the former landlords to use without encountering the Plaintiff.

(20)  In filed 11/21/23, **ECF 110**, page 6 of 40, the photo and video, it only shows the front photos of the property to prevent the audience from discovering that the property owner violated the law through government websites or other open resources.

(21)  In filed 11/21/23, **ECF 110**, page 6 of 40,the photo and video, it only shows the front photos of the property to prevent the audience from discovering that the property owner violated the law through government websites or other open resources intending to deceive the public for donation.

(22)  In filed 11/21/23, **ECF 110**, page 6 of 40, the photo and video, it only shows the front photos of the property to prevent the audience from discovering that the property owner violated the law through government websites or other open resources intending to deceive the public for donation. To further substantiate the false news that Jiang compelled the former landlord to move out over the course of one year.

(23)  In filed 11/21/23, **ECF 110**, page 6 of 40, the photo and video, it only shows the front photos of the property to prevent the audience from discovering that the property owner violated the law through government websites or other open resources intending to deceive the public for donation.

(24)  In filed 11/21/23, **ECF 110**, page 6 of 40, the photo and video, it only shows the front photos of the propert, to further substantiate the false news that Jiang compelled the former landlord to move out over the course of one year, Alex Yang was forced out from the home and can not parking his car over half of years because of Jiang. The first time he parked his car in front of the property was after they "reclaimed" the property, as stated in **News 2**.

(25)  In filed 11/21/23, **ECF 110**, page 6 of 40 and its related video , the language used, such as "may lose the house," "held hostage," and "cannot get rid of," is employed to attack Jiang. Additionally, the

tone, voice, and body language of the news anchor are intended to mislead the audience into criticizing Jiang.

(26)  In filed 11/21/23, **ECF 110**, page 7 of 40, the photo and video, defendants utilized her photos without authorization, and the extent of their usage raises concerns.

(27)   In filed 11/21/23, **ECF 110**, page 7 of 40, the photo and video, defendants utilized her photos without authorization and without employing any protective measures to safeguard her privacy. In contrast, when using photos of her former landlords, defendants treated them differently by obscuring Weixia Dong's appearance and opting not to use Hongyu Yang's legal name, instead using Alex Yang.

(28)  In filed 11/21/23, **ECF 110**, page 7 of 40, the photo and video, defendants utilized her photos without authorization and without employing any protective measures to safeguard her privacy. In contrast, when using photos of her former landlords, defendants treated them differently by obscuring Weixia Dong's appearance and opting not to use Hongyu Yang's legal name, to prevents the audience to discover the illegal acties did by them as bad charators person before, during, and after eviction case, and further prevent the audience to provide the resource to defendants and its agents and police officers, governement.

(29)  In filed 11/21/23, **ECF 110**, page 7 of 40, Defendants utilized her photos without authorization and failed to employ any protective measures to safeguard her privacy. In contrast, when using photos of her former landlords, defendants treated them differently by obscuring Weixia Dong's appearance and opting not to use Hongyu Yang's legal name. This was done to prevent the audience from discovering the illegal activities they engaged in as characters with a questionable moral standing before, during, and after the eviction case. Additionally, this was an attempt to prevent the audience from providing resources to defendants, its agents, and police officers, etc.

(30)  In filed 11/21/23, **ECF 110**, page 7 of 40, Defendants utilized her photos without authorization and failed to employ any protective measures to safeguard her privacy, even when they were aware that Jiang was a victim of sexual assault. In contrast, when using photos of her former landlords, defendants treated them differently by obscuring Weixia Dong and Yang Yang's appearance and

opting not to use Hongyu Yang's legal name. This was done to cover the fact that they were living on the Property all the time and to prevent neighbors and others from recognizing them consistently at the Property. Additionally, it aimed to prevent the revelation of the fact that Weixia Dong lived with four men, including her adult son Hongyu Yang, her husband Yushun Yang, and another non-Chinese man, Rajakumar Sobers, who is the co-owner of the house with Hongyu Yang, Yushun Yang, Weixia Dong, and Yang Yang.

(31) In filed 11/21/23, **ECF 110**, page 7 of 40, the photo and video of legal papers and the way Defendants presented the legal papers are misleading, as there are restraining orders and police reports that can demonstrate plaintiff was subjected to physical harm by the former landlords. The restraining order was granted, and there is a government letter indicating punitive actions against the former landlords for their illegal activities, information that is available to the defendants. However, defendants intentionally chose to hide these facts and instead mislead the audience into believing that the police became involved in the dispute because Jiang committed a crime. Most of the evidence in **ECF 75** and other evidence, including the recording between Jiang and Weixia Dong, Yushun Yang, serves to establish that the property was damaged before Plaintiff Jiang moved in and Defendants knew that.

(32) In filed 11/21/23, **ECF 110**, page 7 of 40, the photo and video of legal papers and the way Defendants presented the legal papers are misleading, as there are restraining orders and police reports that can demonstrate plaintiff was subjected to physical harm by the former landlords. The restraining order was granted, and there is a government letter indicating punitive actions against the former landlords for their illegal activities, information that is available to the defendants. However, defendants intentionally chose to hide these facts and instead mislead the audience into believing that the police became involved in the dispute because Jiang committed a crime. Defendants maliciously used this information and combined it with the photo and related videos from 11/21/23, **ECF 110**, page 10 of 40, along with recordings of police officers discussing the case and interrogating Jiang.

This was done to insinuate that Plaintiff is guilty and mislead the audience into believing that Plaintiff Jiang is guilty, which is not true.

(33)  In filed 11/21/23, **ECF 110**, page 7, 8 of 40, the photo and video of legal papers and the way Defendants presented the legal papers are misleading, as there are restraining orders and police reports that can demonstrate plaintiff was subjected to physical harm by the former landlords. Additionally, in **ECF 110**, page 8 of 40, it stated that " ...Jiang ran the water for hours, another reporter says she had the shower on since yesterday." Defendants maliciously concealed the fact that Jiang was prevented from using the laundry to wash clothes since she moved in the Property. Instead, she had to hand wash her clothes and dry them during the Covid-19 pandemic, wherein water was not run for hours to waste resources. Additionally, there is misinformation suggesting that she left the shower on since yesterday. It's important to clarify that Plaintiff did not engage in any actions to provoke her former landlords. The Superior Court of San Mateo already issued a court order preventing her former landlords from evicting her, and the city, state, and national laws had halted eviction cases. Jiang simply sought a peaceful environment and a small room to shield herself from the impact of the Covid-19 virus, adhering to the California stay-at-home order. Defendants' news reporters had phone conversations with Jiang, and they were well-informed about the facts as well as the legal documents, including letters from the city of San Mateo and other open resources they had access to.

(34)  In filed 11/21/23, **ECF 110**, page 8 of 40, the photo and video of a lady dry the water from the ground is completely fake. Firstly, this is not Jiang's room; Jiang cannot access the Property except for the room she rented. Secondly, Jiang never mentioned that there is a place shown in the photo and video with water issues. Thirdly, Defendants are aware that these photos and videos were not taken in Jiang's rented room and failed to disclose it to the audience, as acknowledging this fact would undermine their stories. They were paid by biased organizations and parties to create a story that attacks the law. Fourthly, when Jiang had a valid court order to stay, and the government stopped the eviction, Jiang's former landlords, conspiring with some biased homeowner organizations and

Defendants, intended to attack the city, state, and national laws by creating a false narrative to harm Plaintiffs. Jiang did not waste water nor damage the Property. Where the former landlords claimed there was a water leak issue, Jiang and her attorney friends contacted the former landlords' attorneys to identify the location on the main house Jiang cannot access. The former landlords and their attorneys denied, as it was false.

(35)  In filed 11/21/23, **ECF 110**, page 9 of 40, the photo and video depicting a water pipe or sewer with a water leak do not pertain to Jiang's room, as analyzed in the filing on December 26, 2023, ECF 127. Firstly, this is not Jiang's room; Jiang cannot access the Property except for the room she rented. Secondly, Jiang never mentioned that there is a place shown in the photo and video with water issues. Thirdly, Defendants are aware that these photos and videos were not taken in Jiang's rented room and failed to disclose it to the audience, as acknowledging this fact would undermine their stories. They were paid by biased organizations and parties to create a story that attacks the law. Fourthly, when Jiang had a valid court order to stay, and the government stopped the eviction, Jiang's former landlords, conspiring with some biased homeowner organizations and Defendants, intended to attack the city, state, and national laws by creating a false narrative to harm Plaintiffs. Jiang did not waste water nor damage the Property. Where the former landlords claimed there was a water leak issue, Jiang and her attorney friends contacted the former landlords' attorneys to identify the location on the main house Jiang cannot access. The former landlords and their attorneys denied, as it was false.

(36)  In filed 11/21/23, **ECF 110**, page 9 of 40, the photo and video depicting a water pipe or sewer with a water leak do not pertain to Jiang's room, as analyzed in the filing on December 26, 2023, **ECF 127**. Refer to the reasons mentioned in (33)-(34). Additionally, the statement, "You see Alex's mother here in a crawl space trying to scoop out the water with a bucket and a bowl of water caused tens of thousands of dollars worth of damage," is incorrect. Jiang did not cause damage to the Property, as the Property was already broken and in need of repair, as indicated by the permitted voice recording of conversations among Weixia Dong, Yushun Yang, and Jiang at the Property

before the former landlord claimed Jiang damaged the Property and before the eviction case was filed. Defendants had this voice recording and refused to disclose it to the public.

(37)  Defendants used hidden cameras and other technology to record her voice and private life in her rented room, violating her privacy rights and fourth amended right under the Constitution law and acting as agents of police officers.

(38)  Defendants used hidden cameras and other technology to record her voice and private life in her rented room, violating her privacy rights and Fourth Amended right under the Constitution law when they acting as agents of police officers. Furthermore, Defendants published the voice of Plaintiff without her consent in **News 1** and released her voice and video without her authorization in **News 2** and **News 3.**

(39)  Defendants used hidden cameras and other technology to record her voice and private life in her rented room, violating her privacy rights and Fourth Amended right under the Constitution law when they acting as agents of police officers. Furthermore, Defendants published the voice of Plaintiff without her consent in **News 1** and released her voice and video without her authorization in **News 2** and **News 3.** They did this to attack Renter Protection laws, valid eviction processes, Stay at Home orders, emergency rules under Covid-19, and promote Asian Hate Crimes during the national disaster. Additionally, Defendants deceived the audience into donating money to them, their news reporters, and their agents. Finally, Defendants engaged in these actions because they were also paid by landlord organizations, including a landlord organization in the Bay Area, as the leaders of that organization contacted Jiang and informed her in 2020, 2021, 2022 and 2023.

(40)  Defendants set up a GoFundMe on their official website in the name of Alex Yang and his family to deceive the public and solicit donations based on the fabricated material they created. They are not qualified to receive this money, and these illegitimate funds should be refunded to the donors.

(41)   Defendants' GoFundMe campaign at

https://www.gofundme.com/f/homeowner-rents-out-room-during-covid19

raised over $7,170. Many donors read the GoFundMe and continue to donate money, not necessarily through GoFundMe's channel. As of December, 2023, Defendants have been publishing news against Jiang for over three years, causing significant damage to Plaintiffs.

(42)  Defendants created **News 1-3** and and engaged in all wrongful actions against Jiang, paid for by certain government officers, to benefit their political careers, under the guise of protecting landlord owners' interests and promoting an anti-Asian, anti-immigrant agenda.

(43)  Defendants refused to publish the video of Weixia Dong and her team hitting Jiang and declined to release the permitted voice recording of Weixia Dong, Yushun Yang, and Jiang discussing the fact that the Property was already broken before Jiang moved in. This discriminatory action against Jiang reflects an unequal treatment of the resources of the two parties. News reporter Candice Minh-Chi Nguyen stated that the video recording depicting Weixia Dong and her team hitting Jiang is not good for their news    and NBC stands by its decision on what to report. Goldberger, Bob, the editor of NBC, mentioned that it was too late to update the information, even though Plaintiffs submitted the relevant material to the Defendants on the day they met in front of the Superior Court of San Mateo, before the N**ews 3** was published. Additionally, after New 3 was published, Defendants updated their news falsely claiming that the former landlords had obtained permits for their illegal units. This assertion contradicts the truth as stated in the City of San Mateo's letter to Jiang. However, Defendants chose not to publish this fact, as it would undermine their narrative.

(44)  In filed 11/21/23, **ECF 110**, page 9 of 40, the photo and video, the 30 - DAY NOTICE TO VACATE, prove that Defendants have access to court paper, inlcuding the legal paper about a granted restraining order against a criminal defendant, which Defendants knew. However, Defendants maliciously published news claiming that Jiang filed five restraining orders against five people and never appeared in court.

(45)  In filed 11/21/23, **ECF 110**, page 10 of 40, the photo and video, Defendants claimed that Alex Yang said his mother said Jiang will stay the rented room forever. This sentence was edited after the initial publication. Jiang never made a statement about staying in the rented room forever. When

news reporter Candice Minh-Chi Nguyen called Jiang, she mentioned that she is actively looking for a new place to move out. Jiang even sent emails to the former landlord's attorney to discuss the move-out. Defendants were aware that Jiang had no intention of staying there forever, but they intentionally created a dramatic effect. News reporter Candice Minh-Chi Nguyen was acquainted with the former landlord's attorney, and she heard court hearings in the former landlord's attorney's office about Jiang's eviction case.

(46)  In filed 11/21/23, **ECF 110**, page 10 of 40, the photo and video, Defendants used images of officers to give the impression that they conducted a thorough investigation through their Investigation Unit. This tactic aimed to convince the audience that other parts of the story were true. However, they did not investigate officers from the City of San Mateo Code Enforcement Units, possibly to avoid unfavorable findings. Even when Jiang explicitly requested that Defendants inquire with the City of San Mateo Code Enforcement Unit in writing, they refused, citing concerns that the City of San Mateo might not cooperate with them.

(47)  In filed 11/21/23, **ECF 110**, page 11of 40, the photo and video, Defendants blocked Jiang in front of the Superior Court of San Mateo while she was on her way to attend the hearing as a Pro Se party. The hearing was about to begin, and Jiang was already running late. If she didn't appear in court immediately, her case would be dismissed. After Defendants' news reporter Candice Minh-Chi Nguyen threatened her to accept the interview, Defendants didn't inform Jiang that Candice Minh-Chi Nguyen and her team would be blocking her to conduct an interview surprisingly on the court day. At that moment, she was just a college student with limited English proficiency, requiring an interpreter when attending court, especially given her status as a victim of sexual assault and the trauma she had experienced. Additionally, she was concerned that accepting interviews from foreign media without approval from authorities in China could harm her, especially since she had never accepted interviews from U.S. media and had limited experience in U.S. society. Defendants intentionally blocked the sexual assault victim in front of the courthouse when she urgently needed to

attend the court hearing, misleading the audience into thinking something was wrong with her as she refused to accept the interview.

(48)  In filed 11/21/23, **ECF 110**, page 11of 40, the photo and video, Alex Yang/ Hongyu Yang watching his phone, Defendants claimed Hongyu Yang and his family were force out from home and had to sleep in the car. That is untrue.

Firstly, Jiang's former homeowners have multiple independent entrances on the property. Notably, there is an entrance at the back of Property, which she cannot notice if someone uses it and cannot access to track as the homeowner can lock it anytime.

Furthermore, the Defendants are aware that restraining orders exist between the parties. There are restraining orders to protect Weixia Dong, Hongyu Yang, Yang Yang while Jiang only had an restriaining order against Weixia Dong, not others person in Property.

In addition, Jiang's former homeowners were supported by large landlord organizations and police officers, making it both unreasonable and impossible for Hongyu Yang to sleep in the car and for the family to be forced out of their home and lose their house by Jiang, a single lady.

Moreover, the defendants and police officers have installed over five sets of video cameras and hidden cameras. The Yang family's home is located near the San Mateo Police Department Jiang cannot compel them to vacate.

Finally, as mentioned earlier, the former homeowners claim they need to move out after July 2020. They notified Jiang of this after cutting off water to Jiang's room, ostensibly for repairs, as a means to force Jiang out.

Even if Hongyu Yang's false allegation " force Yang's whole family out" is true, from the end of July 2023 until October 2020 when the Defendants published news, only two months had passed, not the one-year period as they reported. The audience, including other news media, believes this due to the Defendants' 'investigation' conducted by one of the largest media companies' Investigation Unit.

(49)  In filed 11/21/23, **ECF 110**, page 11of 40, the photo and video, the staments that Jiang caused Hongyu Yang's mental health and safety is untrue.

(50)  In filed 11/21/23, **ECF 110**, page 12 of 40, the photo and video, the photo and the video linked to the statement " Yang's family rented a house near 2 miles, and their mother and sisters were foced to leave their home acrosee the street", the statment is false and it appears the house is the same house with Yang's house. Additionally, the Defendants did not disclose the source of the statement, nor did they provide information on the origin of the photos and videos featured in the news

(51)  In filed 11/21/23, **ECF 110**, page 12 of 40, the photo and video, the statement " Candice said the family thought it had caused financial damage and she could have lost her home" is incorrect, biased, and misleading

(52)  In filed 11/21/23, **ECF 110**, page 13 of 40, the photo and video, the tile of **News 1, New 2, New 3** are incorrect, biased, and misleading, such as : lost home, reclaim the home, renter accused use the pademic to live the house for free are incorrect, biased, and misleading.

(53)  In filed 11/21/23, **ECF 110**, page 13 of 40, the photo and video, the tone and the bodylanguage employed by the news reporters and anchors in **News 1**, **News 2**, and **News 3** are inaccurate, biased, and misleading. Plaintiff, as a victim forced out by the Defendants, biased landlord organizations, and other interested parties under a tragic national disaster, is currently facing an attempt by the defendants to fabricate additional false stories, particularly in relation to celebrations, to corroborate the inaccuracies presented in **News 1**'s wrongful news report.

(54)  In filed 11/21/23, **ECF 110**, page 14 of 40, the photo and video, and in 09/02/2021, **ECF 34-3**, NBC filed **EXHIBIT 1**, page 11 of 156, Defendants' news " The family hired general contractor David Melchner to fix the water problem. After multiple visites and conversations with the renter, Melchner believes that the damage was not accidental" This is wrong statement. Firstly, Jiang did not damage the Property or run water to cause harm or waste resources intentionally. Secondly, there were no multiple visits or conversations with the renter. The fomer homeowner arranged for strangers, ostensibly for repairs, to visit Jiang rented room during the worst times of the Covid-19 pandemic to harrast her. Despite medical advice urging people to avoid contact with strangers and limit interactions to family members, Jiang cooperated with her fomer homeowner to perform repairs.

Even former landlords and their agents were involved, and the repairmen never disclosed any issues with the property to Jiang. Additionally, Jiang arranged for repairmen to inspect her rented room and Property after former landlords repeatedly made false claims about damage without providing specific details. However, the homeowners denied permission for Jiang hired repairmen to inspect her rented room or the Property and withheld information regarding their false claims.

Thirdly, homeowners orchestrated Hongyu Yang and Yang Yang to hinder Jiang hired repairmen from entering Jiang's rented room and Property by abusing restraining order against Jiang. Furthermore, they went to the extent of calling the police, making false claims that Jiang violated a restraining order when Hongyu Yang and Yang Yang blocked Jiang hired repareman. This deceptive action was taken with the clear intention of preventing the repairmen from disclosing the truth about the Property's actual condition.

It's important to note that when Jiang filed restraining orders, the Defendants deliberately neglected to mention that four of these orders were against Weixia Dong, Yushun Yang, Hongyu Yang, and Yang Yang. Due to Jiang's limited legal knowledge, she filed separate petitions against each individual, although, in reality, she could have consolidated all of them into a single petition.

Fourthly, despite Jiang having a restraining order against Weixia Dong, the homeowners intentionally blocked Jiang's access to her rented room and prevented any of her friends from visiting. Homeowners went so far as to block Jiang's friend in front of Jiang's rented room, engaging in harassment. ( Please see Plaintiffs filed 12/26/2023 documents **ECF 127**, page 164 of 242, Yushun Yang blocked Jiang's friend in front of Jiang's rented room on March 24, 2020) Additionally, during the Christmas holiday, Weixia Dong chased Jiang's friend into her friend's car, prompting Jiang to call the police to prevent violence and harassment.

Finally, due to the former landlord's prevention of Jiang and her friend from entering the rented room and their claim that Jiang's room and the entire house were damaged, Jiang's attorney friend, who specializes in landlord-tenant disputes, had to use a humidity meter to test the floor and walls in her room. The test results contradicted the statements made by the landlord, their attorney, and the hired

repairmen, confirming that they lied. Jiang's attorney filed a declaration with the court regarding these issues. Despite having this declaration, the Defendants continue to spread untrue and unfair information about Jiang repeatedly. ( Please see Plaintiffs filed 03/20/23 documents ECF 75, page 5 - 11 of 127)

(55)  The Water Damge to Family's home video in 09/02/2021, **ECF 34-3**, NBC filed EXHIBIT 1, page 11 of 156 is completely wrong, This video was not taken in Jiang's rented room, and it has no relevance to Jiang. However, the defendants deliberately concealed this fact, misleading others about the location where the video was recorded.

(56)  In filed 11/21/23, **ECF 110**, page 14 of 40, the photo, video, and corresponding news coverage are inaccurate, biased, and misleading.

(57)  In filed 11/21/23, **ECF 110**, page 15 of 40, the photo, video, and related news coverage are inaccurate, biased, and misleading. Hongyu Yang is depicted carrying a box, pretending that he had recently moved into the home after Jiang moved out, even though neither Hongyu Yang nor any other homeowners had actually vacated the premises.

(58)  In filed 11/21/23, **ECF 110**, page 15 of 40, the photo, video, and associated news coverage are inaccurate, biased, and misleading. Hongyu Yang's statement, "Alex said Returning Home Never Felt So Good," and the statement that " first time, half of year, I parking here." in news are entirely incorrect, created solely for dramatic effect. Firstly, neither Hongyu Yang nor any other homeowners ever vacated the property. Secondly, Jiang never obstructed parking. According to the rental agreement, Jiang and Weixia Dong parked their cars in front of the property. Any third car had to park along the driveway, as the driveway space only allowed for two cars. Jiang's car is a Toyota Matrix 2004, Weixia Dong's car is a white Toyota Lexus SUV, and the car in the news nearby Hongyu Yang had to park in his property's driveway, which was never blocked (Please see Jiang's filing on 12/26/2023, **ECF-127**, Page 21 of 242). The defendants created this news to mislead the audience into believing that the former homeowners were forced out by Jiang for at least six months, when, in reality, it was one year.

https://nextshark.com/bay-area-family-reclaims-home-from-renter-who-forced-them-out-1-year-ago

( Please see **Exhibit C**)

The defendants crafted this news to mislead the audience, portraying a false narrative that the former homeowner was compelled by Jiang to leave, and Hongyu Yang had to sleep in his car every day for one year.

**https://bbs.wenxuecity.com/tzlc/1426781.html**

 (Please see **Exhibit D)**

Additionally, they falsely suggested that Jiang deliberately ran the water and used the kitchen for extended periods, resulting in water wastage.

In reality, she was not permitted to use the kitchen, and she had no access to the kitchen in the Property. Furthermore, Jiang's rented room did not include a kitchen.

**https://kantie.org/topics/huaren/2607036/p2**

( Please see **Exhibit E**)

(59)  In **ECF 34-3**, NBC filed EXHIBIT 1, page 12 of 156, " The tenant tried to say that the tiolet was leaking. And that is when I had a finak conclusion that this was done intentionally." he said. A report by a plumer supports his suspicions and in court filings the weote. [ Jiang ] was wasted water for 40 hours ..."    the photo, video, and associated news coverage are inaccurate, biased, and misleading.

The toilet had a minor issue, which Jiang promptly reported to the homeowners. Subsequently, a friend from San Mateo came to Jiang's rented room to complete the repairs. It's important to note that Jiang never caused any damage to the Property. Additionally, there is no truth to the claim that Jiang ran the water for 40 hours.

In **ECF 34-3**, NBC filed EXHIBIT 1, page 12 of 156, " Force out of their own home, family says. Fearling for thier mental health and safety, the family said they were pushed out of their own home.

In addition to trying to pay their mortgaeg, they now pay rent for a room about two miles away. Yang sleep in his care acrose the street because the unit only fits two." the statement, photo, video, and associated news coverage are inaccurate, biased, and misleading. The fact is that the homeowner forced Jiang out, and not the other way around. The initial version of the news is more problematic than the edited version.

Furthermore, Jiang was forced to sleep in her car because homeronwers' harrastment months before Hongyu Yang falsely accused that Jiang forced Hongyu Yang out of the home and had to sleep in his car, as indicated in her restraining order paperwork. Ultimately, the former landlord's actions raised health and safety concerns for Jiang, leading the court to grant her restraining order petition and enter the order that the former homeowners cannot evict Jiang. The defendants are aware of these facts, both from Jiang and from the publicly available court restraining order document.

(60)  In filed 11/21/23, **ECF 110**, page 16 of 40, the photo, video, and associated news coverage are inaccurate, biased, and misleading. Defendants labeled this video as the "Voice of Baiting Jiang." It was captured by police officers and homeowners who conspired together to use hidden cameras to record Jiang in her bedroom without her consent, intending to falsely incriminate her, constituting a violation of her privacy and Fourth Amendment rights under constitutional law.

Furthermore,the video was edited by the defendants after unauthorized recording to achieve a dramatic effect, besides attempting to criminalize her.

(61)  In **ECF 34-3**, NBC filed EXHIBIT 1, page 13 of 156, the statement, photo, video, and associated news coverage are inaccurate, biased, and misleading. Especailly the Broadcast conveyed the false and defamatory gist that Jiang forced former landlords out of their home. The photo and the video that depicting "Alex Yang sleeps in his car after his family was forced to move out" are primarily created to deceive the public and criminalize Jiang. This is misleading, as they did not and do not need to sleep in the car when their Property has several rooms and independent entrances, and restraining orders are in place. At that moment, Weixia Dong, Hongyu Yang (Alex Yang in the news), Yang Yang had restraining orders against Jiang, while Jiang only had a restraining order against

Weixia Dong. Additionally, as mentioned earlier, there are two other adult men living with Hongyu

Yang besides Weixia Dong and Yang Yang. The defendants were aware that Jiang, a single woman,

could not force five people out of the home, especially individuals who possess wealth, capability,

and control over the entire Property. Moreover, they had the means to monitor the property, including

the collaboration with the San Mateo Police Department located just five minutes away from the

property. ( San Mateo Police Department is located at 200 Franklin Pkwy, San Mateo, CA

94403 https://www.cityofsanmateo.org/273/Police

(62)In **ECF 34-3**, NBC filed EXHIBIT 1, page 13 of 156, the statement, photo, video, and associated

news coverage are inaccurate, biased, and misleading. Especcailly, the broadcast conveyed the false

and defamatory gist that Jiang forced former landlords out of their home and harrast their family. The

photo and the video that depicting " As long as my sisiter is safe, I am fine," Yang said. " I am scared

of [ the renter]". The statement in the news is incorrect. Hongyu Yang and Yang Yang, who had a

restraining order against Jiang, abused the restraining order to harass Jiang. They blocked Jiang from

accessing her rented room and prevented Jiang's hired repairman from inspecting her rented room.

There is no basis for their claim of fear. In the evidence and in the court's open resources, Weixia

Yang lied to the Superior Court of San Mateo, stating that their family, including Yang Yang, was

scared of Jiang. However, at that moment, Jiang had a photo showing Yushun Yang and Yang Yang

playing badminton in front of Jiang's rented room. Please see Plaintiffs filed 03/20/23 documents

**ECF 75**, page 79 of 127 . The defendants possessed this evidence when they broadcasted the news.

(63) In **ECF 34-3**, NBC filed EXHIBIT 1, page 14 of 156, the statement, photo, video, and associated

news coverage are inaccurate, biased, and misleading. Especially, the broadcast conveyed the false

and defamatory message that Jiang forced the former landlords out of their home, harassed their

family, and avoided talking to the media because she did something wrong and committed a crime. In

fact, the news reporters, including Candice Minh-Chi Nguyen from the Defendants' side, threatened

Jiang over the phone, causing her to be concerned about her safety.

(64) In **ECF 34-3**, NBC filed EXHIBIT 1, page 14 of 156, the statement, photo, video, and associated news coverage are inaccurate, biased, and misleading. Defendants again said that they ( fomerhomeonwers) could could lost their home. Additionally, the News stated that " 'My mom is [ experiencing ] a mental breakdown and, to be honest, I feel one too, ' Yang said". The news did not mention that Jiang experienced a mental breakdown because of their wrongdoing, and the Defendants knew that Weixia Dong's statement is incorrect. The first version of the news did not identify the sources for many accusation against Jiang, and even the resource later identified by the Defendants is unreliable.

(65) In **ECF 34-3**, NBC filed EXHIBIT 1, page 32 of 156, the statement, photo, video, and associated news coverage are inaccurate, biased, and misleading. " Officer : I don't want to see you go to jail"

████████████████████████████████████████████████

cut off the water supply to Jiang's rented room and removed the sink, toilet, and shower. Despite Jiang having a restraining order for her protection and police officers witnessing this act of violence, they did not intervene to prevent the homeowners' violence.

(66) In **ECF 34-3**, NBC filed EXHIBIT 1, page 32 of 156, the statement, photo, video, and associated news coverage are inaccurate, biased, and misleading. " Officer : I don't want to see you go to jail"

████████████████████████████████████████████████

cut off the water supply to Jiang's rented room and removed the sink, toilet, and shower. Despite Jiang having a restraining order for her protection and police officers witnessing this act of violence, they did not intervene to prevent the homeowners' violence. Additionally, Defendants chose to videotape those interrogations without Jiang's consent and published them in the news to mislead the audience into thinking Jiang is guilty.

(67) In **ECF 34-3**, NBC filed EXHIBIT 1, page 32 of 156, ██████████████████████████████

████████████████████████████████████████████████