United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BAITING JIANG, et al., | Case No. 21-cv-01293-LB |
| Plaintiffs, | **ORDER SEVERING LANJIAO QIN'S CLAIMS** |
| v. | |
| KNTV TELEVISION LLC, et al., | |
| Defendants. | |

For the reasons set forth in the order at ECF No. 218, the court severs Plaintiff Lanjiao Qin's claims into a separate but related case that will be given a new case number and will remain assigned to the undersigned. Fed. R. Civ. P. 21. No additional filing fee is required.

**IT IS SO ORDERED.**

Dated: January 17, 2025

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 21-cv-01293-LB