UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANJIAO QIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KNTV TELEVISION LLC, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-00676-RFL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 3 |

　　The court has reviewed *de novo* Magistrate Judge Laurel Beeler's Report and Recommendation to Dismiss (Dkt. No. 3), as well as its associated attachments, the Complaint (Dkt. No. 1), the Order Severing Lanjiao Qin's Claims (Dkt. No. 2), and the docket generally. No objections have been filed to the Report. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Although courts allow a party to assert claims based on injury to someone else in rare circumstances, this is not such a circumstance because, among other things, Qin's daughter is fully capable of suing on her own behalf and has already done so. *See Singleton v. Wulff*, 428 U.S. 106, 114 (1976). Qin's claims are dismissed without leave to amend for lack of standing. The Clerk shall enter judgment in favor of Defendants on all of Qin's claims, and the case shall be closed.

　　**IT IS SO ORDERED.**

Dated: February 21, 2025

RITA F. LIN
United States District Judge

1