FILED

JUL 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LANJIAO QIN,

    Plaintiff - Appellant,

and

BAITING JIANG,

    Plaintiff,

 v.

KNTV TELEVISION, LLC; et al.,

    Defendants - Appellees.

No. 25-3536

D.C. No. 3:25-cv-00676-RFL
Northern District of California,
San Francisco

ORDER

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

The May 30, 2025 and June 2, 2025 notices of appeal were filed more than 30 days after the district court entered judgment on February 21, 2025. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional).

This appeal is therefore dismissed.

All pending motions are denied as moot.

**DISMISSED.**