UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANJIAO QIN,<br><br>        Plaintiff,<br><br>        v.<br><br>KNTV TELEVISION LLC, et al.,<br><br>        Defendants. | Case No. 25-cv-00676-RFL<br><br>**ORDER EXTENDING DEADLINE TO FILE APPEAL** |

    The Court previously granted self-represented Plaintiff's motion to reopen time to file appeal and mailed a copy of the order to Plaintiff. (*See* Dkt. No. 14.) That mail was recently returned as undeliverable. (*See* Dkt. No. 16.) Having reviewed the docket, it appears that Plaintiff has changed her address. (*See* Dkt. No. 13.) Accordingly, the Court **ORDERS** as follows:

- Plaintiff's deadline to file appeal is extended to **October 6, 2025**. This deadline is consistent with the 14-day deadline permitted by Federal Rule of Appellate Procedure 4(a)(6) plus an additional three days as permitted by Federal Rule of Civil Procedure 6(d).
- The Clerk shall mail a copy of this Order and the orders at Dkt. Nos. 14-15 to Plaintiff at her new address. (*See* Dkt. No. 13.) The Clerk shall also update the docket to reflect that new address.

- Under the Civil Local Rules, Plaintiff must keep the Court updated of any address changes. *See* Civil Local Rule 3-11. The Court will update Plaintiff's address this time in the interest of efficiency. But in the future, she will have to file a notice of change of address.

**IT IS SO ORDERED.**

Dated: September 19, 2025

RITA F. LIN<br>
United States District Judge